UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.

                                        Case No. 22-30437
                                        Originating No.  22CR50005

**MAURICE KENTRELL BRIGHT,**


      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**


Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MAURICE KENTRELL BRIGHT,** to answer to charges pending in another federal district, and states:

1. On **October 12, 2022,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Arkansas based on an Indictment**.  Defendant is charged in that district with violations of **21 USC 841(a)(1) and 18 USC 922(g)(1) and 924(c) – Distribution of Methamphetamine, Possession with Intent to Distribute Methamphetamine, Felon on Possession of a Firearm and Possession of a Firearm in Furtherance of a Drug Trafficking Offense.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Matthew Roth*
MATTHRE ROTH
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 12, 2022